ACCEPTED
03-14-00574-CV
4144926
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/13/2015 12:59:05 PM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-14-00574-CV**

| | | |
|---|---|---|
| SHARON LEE HANSON | § | THIRD DISTRICT |
| | § | |
| V. | § | COURT OF APPEALS |
| | § | |
| GUY ROBB COWEN | § | IN AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/13/2015 12:59:05 PM
JEFFREY D. KYLE
Clerk

**APPELLEE'S UNOPPOSED MOTION FOR LEAVE OF ONE DAY TO FILE APPELLEE'S BRIEF WITH CERTIFICATE OF CONFERENCE**

**TO THE HONORABLE JUSTICES OF THIS COURT:**

**COMES NOW GUY ROBB COWEN, APPELLANT-MOVANT,** herein and files his Unopposed Motion for Leave of One Day to File Appellee's Brief, pursuant to Local Rules 47 and 52 and Texas Rules of Appellate Procedure 10.1 and 10.5(b)(1), and in support thereof shows the following:

### I. BACKGROUND AND BASIS FOR LEAVE

Briefly, by way of background, the undersigned counsel was served Appellant's brief on or about December 10, 2014, making the Appellee's brief due on January 9, 2015. A thirty (30) day extension was granted, without opposition, making the brief due on February 9, 2015, because the undersigned counsel, aside from having a trial practice, is currently working on a total of five (5) briefs with two (2) of those being Petitions for Certiorari to the U.S. Supreme Court from the US Court of Appeals in the 10th and 5th Circuits. The undersigned counsel is a solo practitioner. Additionally, the undersigned counsel has been suffering from a back injury and is set for an MRI tomorrow and that has delayed completion. The undersigned counsel seeks leave for one day to file the Appellee's brief and Appendix which are filed along with this Motion.

### II. GOOD CAUSE AND NOT FOR DELAY

1

The Motion is not filed due to Movant's actions or omissions of any kind. Moreover, the motion is not sought for delay and is in the interest of justice and to honor this country's constitutional mandates to the right to effective assistance of counsel and due process.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned counsel prays that Appellee-Movant be granted leave to file his brief in the proceeding herein.

Respectfully submitted,

By:\_\_\_/s/\_\_Marie E. Galindo_____
    **MARIE E. GALINDO**
Attorney at Law
639 Heights Boulevard
Houston, Texas 77009
Telephone No. 713.299.1510
Facsimile No. 713.651.0776
State Bar No. 00796592

**ATTORNEY FOR APPELLEE-MOVANT**

## Certificate of Service

On February 10, 2015, a copy of the above-referenced pleading was sent via email to Mr. Richard Mock, Appellant's counsel, and his assistant via electronic filing and email at richard@mockandbrown.com, mailing address 400 S. Main St. Burnet, TX 78611.

\_\_/s/\_Marie E. Galindo_____
MARIE E. GALINDO

## Certificate of Conference

On this same day, the undersigned counsel sent an email asking Mr. Mock about his position as to the filing of this request and explained the basis of said request. The undersigned counsel also spoke with his assistant, Ms. Nance, who called and confirmed that Mr. Mock does not oppose leave if I file the appellee's brief on this same day.

\_/s/\_Marie E. Galindo_____
**MARIE E. GALINDO**

2